UNITED STATES DISTRICT COURT for the District of Columbia

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | Criminal Action No. 02-096 |
| | ) | JMF/JBD |
| MICHAEL GILL, | ) | |
| | ) | |
| Defendant | ) | |

**FILED**

**JUL 2 8 2009**

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## Report and Recommendation Pertaining to
## CONSENT TO MODIFY PROBATION/SUPERVISED RELEASE

It appearing that the parties are agreed that the defendant's conditions of supervised release/ probation should be modified and there accordingly, being no objection thereto, IT IS RECOMMENDED THAT the defendant's conditions of supervised release/ probation are modified so that as modified THE DEFENDANT WILL SERVE THE NEXT 90 DAYS OF HIS TERM OF SUPERVISED RELEASE SUBJECT TO ELECTRONIC MONITORING UNDER THE SUPERVISION OF THE PROBATION OFFICE.

S/ John M. Facciola
U.S. Magistrate Judge

Dated: July 23, 2009.

Failure to file timely objections to the findings and recommendations set forth in this report may waive your right of appeal from an order of the District Court adopting such findings and recommendations. See Thomas v. Arn, 474 U.S. 140 (1985).

The magistrate judge having recommended that the conditions of the defendant's supervised release/probation be modified and there being no objection thereto, IT IS ORDERED that the recommendation of the magistrate judge is accepted.

U.S. District Court Judge

Dated: _July 28, 2009_